IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE THOMAS, an individual, | § | |
|  Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 4:20-cv-02481 |
| | § | |
| SJR-19806 TIMBERWIND, LLC, | § | |
| A Texas Limited Liability Company, | § | |
|  Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE KENNETH M. HOYT:

Plaintiff Wayne Thomas and Defendant SJR-19806 Timberwind, LLC (collectively, the "Parties") file this their *Joint Motion to Dismiss with Prejudice* and would respectfully show the following:

### DISMISSAL WITH PREJUDICE

The Parties have mutually and voluntarily resolved their claims against each other and therefore request that all claims between Plaintiff Wayne Thomas and Defendant SJR-19806 Timberwind, LLC in this matter be dismissed with prejudice to refiling the same and that all costs shall be paid by the party incurring the same.

### PRAYER

WHEREFORE, Plaintiff Wayne Thomas and Defendant SJR-19806 Timberwind, LLC pray that the *Joint Motion to Dismiss With Prejudice* motion be granted; that all claims in dispute between Plaintiff Wayne Thomas and Defendant SJR-19806 Timberwind, LLC in this matter be dismissed with prejudice to refiling the same; and that all costs shall be paid by the party incurring the same.

        Respectfully submitted,

        */s/Louis I. Mussman*
        Louis I. Mussman
        Attorney-in-charge
        S.D. TX No. 2274288
        Ku & Mussman, P.A.
        18501 Pines Boulevard, Suite 209-A
        Pembroke Pines, FL 33029
        Tel: (305) 891-1322
        Fax: (954) 686-3976
        Louis@KuMussman.com

        John K. Grubb
        Local Counsel
        State Bar No. 08553500
        John K. Grubb & Associates
        4550 Post Oak Place, Suite 201
        Houston, TX 77027
        Tel: (713) 877-8800
        Fax: (713) 877-1229
        johnkgrubb@grubblegal.com

        ATTORNEYS FOR PLAINTIFF

AGREED:

JACKSON WALKER LLP

*/s/ G. Scott Fiddler*
G. SCOTT FIDDLER
Attorney-in-Charge
Texas State Bar No. 06957750
Federal ID No. 12508
sfiddler@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Tel:    713-752-4217
Fax:   713-754-6717

27142794v.1

-3-

BROOKE A. WILLARD
Of Counsel
Texas State Bar No. 24109466
Federal ID No. 3325190
bwillard@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Tel:   713-752-4371
Fax:   713-308-4171

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that service of a true and correct copy of the above and foregoing document and proposed Order will be accomplished through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on this the 30th day of October 2020, to the following:

G. Scott Fiddler, Esq.
sfiddler@jw.com
Brooke A. Willard, Esq.
bwillard@jw.com
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010

                                                  */s/Louis I. Mussman*
                                                  Louis I. Mussman