United States District Court
Southern District of Texas
**ENTERED**
November 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02481 |
| | § | |
| SJR-19806 TIMBERWIND, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties' joint motion to dismiss with prejudice (Dkt. No. 17) is GRANTED.

It is, therefore, ORDERED that all claims between the plaintiff, Wayne Thomas and the defendant, SJR-19806 Timberwind, LLC in this matter are hereby dismissed with prejudice to refiling the same.

IT IS FURTHER ORDERED that all costs shall be paid by the party incurring the same.

It is so ORDERED.

SIGNED on this 2nd day of November, 2020.

Kenneth M. Hoyt
United States District Judge